**LINKS:**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-01866-GAF (SHx) | Date | May 10, 2010 |
|---|---|---|---|
| Title | Rolex Watch U.S.A., Inc. v. Graig Lewis et al | | |

| Present: The Honorable | **GARY ALLEN FEESS**, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**          **(In Chambers)**

**ORDER TO SHOW CAUSE**

Plaintiff's out of state attorneys Brian W. Brokate, John Macaluso, Walter Michael Lee ("Counsel") have failed to submit an Application of Non-Resident Attorney to Appear in a Specific Case, along with the $185.00 pro hac vice appearance fee. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** by the close of business on **Monday, May 24, 2010** why the Court should allow Counsel to represent Plaintiff before this Court.

Submission of a pro hac vice application with the appropriate fees will satisfy this Order.

IT IS SO ORDERED.